IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **Case No. DLB-19-545** |
| | : | |
| **DARRYL COLTON FRAZER** | : | |
| | : | |
| **Defendant** | : | |

## NOTICE OF APPEAL

    Notice is hereby given that Darryl Colton Frazer, the Defendant in the above captioned case, appeals to the United States Court of Appeals for the Fourth Circuit the judgment and sentence in this case. Counsel for Mr. Frazer was privately retained. Mr. Frazer is indigent and respectfully requests that the Fourth Circuit appoint a member of that Court's Criminal Justice Act panel to represent him on appeal.

                                                           Respectfully submitted,

                                                           s/_____
                                                           Michael E. Lawlor
                                                           Brennan, McKenna & Lawlor, Chtd.
                                                           6305 Ivy Lane
                                                           Suite 700
                                                          Greenbelt, Maryland  20770
                                                          301.474.0044

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on March 13, 2023, a copy of the foregoing was sent to the United States Attorney's Office for the District of Maryland, via ECF.

                                                           s/_____
                                                          Michael E. Lawlor